IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION AT WORCESTER

MICHAEL DAWE,                    :

       Plaintiff        :            Complaint

                :

       v.              :            **04-40192**

                :

CAPITAL ONE BANK,                :

       Defendants       :            Demand for Jury Trial

---

## Jurisdiction

1. Jurisdiction of this Court attains pursuant to the Fair Credit Reporting Act ("FCRA"), section 1681p, and the law of supplemental jurisdiction.

## Parties

2. Michael Dawe is a natural person who resides in Barre in Worcester County, Massachusetts.

3. Mr. Dawe is a "consumer" as defined by FCRA section 1681a(c).

4. Defendant Capital One Bank is a Virginia corporation with principal place of business in Richmond, Virginia.

5. Defendant Capital One Bank is a "furnisher of information" as used by FCRA section 1681s-2(b).

6. Defendant Capital One Bank regularly does business in the State of Massachusetts by, among other things, providing credit to Massachusetts residents.

page 1

RECEIPT # 40 4410
AMOUNT $ 150.00
SUMMONS ISSUED /
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. KB
DATE 9 27 04

7. Defendant Capital One Bank is engaged in "trade" and "commerce" as defined by the Massachusetts Consumer Protection Act ("Chapter 93A"), ch. 93A s. 1(b).

8. At all times during their activities concerning Mr. Dawe, Defendant Capital One Bank's employees were acting under the supervision and direction of Defendant Capital One Bank.

9. Defendant Capital One Bank is liable under the doctrine of *respondeat superior* for the activities of its employees.

Allegations

10. On December 17, 2002, Defendant filed suit against Mr. Dawe in the Worcester District Court.

11. The suit was an attempt to collect on an alleged debt incurred for personal, family, or household purposes.

12. On June 2, 2003, Mr. Dawe moved to dismiss Defendant's state court complaint for Defendant's failure to respond to discovery as ordered by the trial court.

13. On June 10, 2003, the Worcester District Court granted Mr. Dawe's motion.

14. A true and accurate of the June 10, 2003, judgment entry is attached.

15. Pursuant to Massachusetts Rule of Civil Procedure 41(b)(3), this involuntary dismissal was with prejudice.

16. Defendant continued to allege that Mr. Dawe owed the debt and continued its attempts to collect from Mr. Dawe.

page 2

17. A true and accurate copy of Defendant's April 23, 2004, letter is attached.

18. Defendant sent the account to a third party debt collector, Account Solutions Group ("ASG"), for collections.

19. A true and accurate copy of ASG's November 10 ,2004, collection letter is attached.

20. A true and accurate copy of ASG's November 19 ,2004, collection letter is attached.

21. On January 26, 2004, Mr. Dawe obtained copies of his credit reports from Equifax and Trans Union.

22. A redacted copy of Mr. Dawe's credit report from Equifax is attached.

23. A redacted copy of Mr. Dawe's credit report from Trans Union is attached.

24. These credit reports show Defendant's trade line for the alleged debt.

25. Mr. Dawe wrote to Equifax, Experian, and Trans Union on June 9, 2004, disputing the trade line.

26. True and accurate copies of Mr. Dawe's June 9 letters are attached.

27. The June 9 letters were sent via certified mail, return receipt requested.

28. True and accurate copies of the certified mail receipts

and United States Postal Service web page printouts, showing
receipt, are attached.

29. Defendant confirmed its trade line as reported by all
three credit bureaus.

30. Redacted copies of the responses from Equifax, Experian,
and Trans Union, showing Defendant's confirmation, are attached.

31. As a consequence of Defendant's continued attempts to
collect and Defendant's failure to remove the wrong information
from his consumer report, Mr. Dawe has suffered economic loss as
well as loss of self esteem and peace of mind, and has suffered
emotional distress, humiliation and embarrassment.

### Count I
### FCRA Intentional Violations
32. The previous paragraphs are incorporated into this Count
as if set forth in full.

33. The acts and omissions of Defendant are wilful violations
of the FCRA.

34. Pursuant to FCRA section 1681n and the Declaratory Relief
Act, Plaintiff is entitled to actual damages not under $100 and
not over $1000, to punitive damages, and to declaratory relief,
as well as reasonable attorney's fees and costs.

### Count II
### FCRA Negligent Violations
35. The previous paragraphs are incorporated into this Count
as if set forth in full.

36. The acts and omissions of Defendant are negligent

violations of the FCRA.

37. Pursuant to FCRA section 1681o and the Declaratory Relief
Act, Plaintiff is entitled to actual damages and to declaratory
relief, as well as reasonable attorney's fees and costs.

Count III

Chapter 93A

38. The previous paragraphs are incorporated into this Count
as if set forth in full.

39. The acts and omissions of Defendant constitute violations
of Chapter 93A:2.

40. Pursuant to Chapter 93A:9, demand was made upon Defendant
at least thirty days prior to litigation.

41. A true and accurate copy of that demand letter, with the
U.S. Postal Service certified mail return receipt card, is
attached.

42. Defendant responded, but made no offer to settle. Indeed,
Defendant continued to attempt to collect on the alleged debt
despite the dismissal with prejudice.

43. True and accurate copy of Defendant's response letter is
attached.

44. Pursuant to Chapter 93A:9, Plaintiff is entitled to actual
damages, to declaratory relief, to an injunction prohibiting
Defendants from the acts and practices that violate state law,
and treble damages, as well as reasonable attorney's fees and
costs.

page 5

## Count IV
### Negligent Infliction of Severe Emotional Distress

45. The previous paragraphs are incorporated into this Count as if set forth in full.

46. Defendant's actions constitute negligent infliction of severe emotional distress.

47. Plaintiff is entitled to actual damages in an amount to be awarded within the reasonable discretion of a jury.

## Count V
### Intentional Infliction of Severe Emotional Distress

48. The previous paragraphs are incorporated into this Count as if set forth in full.

49. Defendant's actions constitute intentional infliction of severe emotional distress.

50. Plaintiff is entitled to actual damages in an amount to be awarded within the reasonable discretion of a jury.

## Count VI
### Negligence

51. The previous paragraphs are incorporated into this Count as if set forth in full.

52. Defendant had duties to stop collection attempts and to repair Plaintiff's consumer report.

53. Defendant breached these duties, proximately and directly causing damage to Plaintiff.

54. Plaintiff is entitled to actual damages in an amount to be

awarded within the reasonable discretion of a jury.

## Count VII
### Defamation

55. The previous paragraphs are incorporated into this Count as if set forth in full.

56. Defendant's entries on Plaintiff's credit histories constitute common law defamation.

57. Plaintiff is entitled to actual damages in an amount to be awarded within the reasonable discretion of a jury.

### Prayer

**WHEREFORE**, Plaintiff prays that the Court grants the following:

1. Actual damages under state and federal law.
2. Punitive damages under federal law.
3. Statutory damages under state and federal law.
4. A declaration under state and federal law concerning the illegality of Defendants' acts and practices.
5. An injunction prohibiting Defendants from violating state and federal law.
6. Reasonable attorney's fees and costs.
7. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

| JUDGMENT OF DISMISSAL | DOCKET NUMBER<br>**200262CV002639** | **Trial Court of Massachusetts**<br>**District Court Department** |
|---|---|---|

CASE NAME **CAPITAL ONE BANK vs. MICHAEL J. DAWE**

PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT
P01 CAPITAL ONE BANK

CURRENT COURT
Worcester District Court
50 Harvard Street
Worcester, MA 01608-1198
(508) 757-8350

DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT
D01 MICHAEL J. DAWE

ROOM/SESSION

←←←←
WHEN
YOU
MUST
APPEAR
←←←←

PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED
D01 MICHAEL J. DAWE

744 WHEELWRIGHT RD.
BARRE, MA 01005

ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED

### JUDGMENT OF DISMISSAL

On the above action, upon motion, it is hereby Ordered and Adjudged by the Court, or judgment is hereby entered directly by the Clerk-Magistrate in accordance with the Massachusetts Rules of Civil Procedure, that this action be dismissed, and that the Plaintiff(s) take nothing (Brennan, Hon. Dennis J.).

### NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58, 77(d) and 79(a), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties.

| DATE JUDGMENT ENTERED<br>06/10/2003 | CLERK-MAGISTRATE/ASST. CLERK<br>X Michael |
|---|---|

Date/Time Printed:   06/10/2003 02:45 PM

FORM NO.



**Capital One Services, Inc.**
P.O. Box 85699
Richmond, VA 23285-5699

April 23, 2004

Michael J. Dawe
744 Wheelright Rd.
Barre, MA 01005-8850

Re: 7812601777706746

Dear Mr. Dawe,

Thank you for your recent letter to Capital One. I appreciate the opportunity to assist you but apologize for any confusion surrounding the above referenced account.

As you requested, we have discontinued collection efforts which should prevent the receipt of additional calls or letters intended for the purpose of debt collection. Our Financial Solutions and Recoveries Departments, and the agencies we employ, adhere to all applicable guidelines and regulations when contacting customers regarding delinquent accounts.

A review of our records indicates that your account was opened on September 20, 2000, following the receipt of a signed application for credit. Regrettably, not all payments were received in a timely manner as requested and your account was charged off as an unpaid debt on August 27, 2002. As of the date of this letter, your account reflects a balance of $16,032.46. For your reference, I have enclosed a copy of the original application.

I apologize for any inconvenience that this matter has caused and hope that you will not hesitate to call me directly with any questions or remaining concerns. I can be reached by calling 800-955-1455, Ext. 494-2552.

Sincerely,

Will Milligan
Executive Offices
Capital One Services, Inc.

Enclosure

This is not an attempt to collect a debt, but a response to your inquiry.
©2004 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

PO BOX 628
BUFFALO, NY 14240-0628

| Account Solutions Group, LLC | 205 Bryant Woods South |
| | Amherst, NY 14228 |

ADDRESS SERVICE REQUESTED

1-800-741-8860                    RE: CAPITAL ONE SERVICES
                                 ACCOUNT #: 3545884
11-10-03     3545884             BALANCE:  $15,375.20

#BWNDLZK
#F000 041D KK43#
Ill␣␣␣IIIIll␣␣II␣␣IIIlIIIIIIIIIIIII␣IlIIIIIIIIIIIIIIIIIIIIIIl    ACCOUNT SOLUTIONS GROUP, LLC.
MICHAEL J DAWE                  A569                              PO BOX 628
744 WHEELWRIGHT RD              BG29                              BUFFALO, NY 14240-0628
BARRE MA 01005-8850             N1
                                                                IIIIlIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIll

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

---

ANY DISHONORED CHECK OR ITEM MAY BE ASSESSED
A SERVICE CHARGE AS AUTHORIZED BY STATE LAW.

Dear Michael J Dawe:

This account has been listed with our office for collection.  Enclose your payment in the envelope provided and make your check or money order payable to ACCOUNT SOLUTIONS GROUP, LLC. All payments and correspondence should be sent to our Buffalo, NY mailing address: PO Box 628, Buffalo, NY 14240-0628.

Should you wish to speak to a representative concerning your account you may contact this office toll free at 1-800-741-8860.  Please refer to the account number indicated above. Our office hours are Monday through Friday 8am-10pm EST, Saturday 8am-12pm EST, and Sunday 5pm-10pm EST.

This is a communication from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that this debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you and mail you a copy of such verification or judgment.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Notice of Important Rights:
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment.  Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request.  You may terminate this request by writing to the collection agency.

All payments and correspondence should be sent to our mailing address: Account Solutions Group, LLC; PO Box 628; Buffalo, NY 14240-0628.  Our Massachusetts office is located at 8 Suburban Park Drive, Billerica, MA 01821.

Sincerely,

ACCOUNT SOLUTIONS GROUP, LLC
A Professional Debt Recovery Agency

ASG

PO BOX 628
BUFFALO, NY 14240-0628

**ASG**
Account Solutions Group, LLC

205 Bryant Woods South
Amherst, NY 14228

ADDRESS SERVICE REQUESTED

1-800-741-8860

RE: CAPITAL ONE SERVICES
ACCOUNT #: 3545884
SETTLEMENT OFFER: $9000.00
BALANCE: $15,411.72

11-19-03    3545884

#BWNDLZK
#F000 0421 BCO0#
III......IIIII...IIII..I.I.I.I.I..I.I.I.I.I.I..I.I.I.I.II
MICHAEL J DAWE                     A029
744 WHEELWRIGHT RD                 FC2
BARRE MA 01005-8850                SIF

ACCOUNT SOLUTIONS GROUP, LLC.
PO BOX 628
BUFFALO, NY 14240-0628

I..II.I.I.I.I.I.I.I..II...II...IIII...I.I.I.II.I...II.I.II.II

---

*IMPORTANT: To receive proper credit, be sure to enclose this portion with your payment.*

---

Dear Michael J Dawe:

As an authorized representative of our client CAPITAL ONE SERVICES, we have permission to offer you an opportunity to pay less than the amount due. This settlement, as offered, shall be in the total amount of $9000.00.

This settlement offer will expire unless we receive your payment of $9000.00, due in our office on or before 11-30-03.

Should you accept this settlement offer, upon receipt and clearance of your payment, we will notify our client so it can update its records accordingly to reflect a settlement in full.

If you have any questions relative to the above referenced settlement, please do not hesitate to contact our office toll free at 1-800-741-8860. Our office hours are Monday through Friday 8am-10pm EST, Saturday 8am-12pm EST, and Sunday 5pm-10pm EST.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Notice of Important Rights:
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the collection agency.

All payments and correspondence should be sent to our mailing address: Account Solutions Group, LLC; PO Box 628; Buffalo, NY 14240-0628. Our Massachusetts office is located at 8 Suburban Park Drive, Billerica, MA 01821.

Sincerely,

ACCOUNT SOLUTIONS GROUP, LLC
A Professional Debt Recovery Agency

ASG

| Company Name | Account Numb | | | Opened | High Credit | | Duration | Terms | Frequency | Months Reviewed |
|---|---|---|---|---|---|---|---|---|---|---|
| Capital One,fsb | 781260177770* | | | 09/2000 | $12,843 | | | | | |

| Items listed to the right are as of the Date Reported | Balance | | Past Due | | Last Pay Date | Actual Pay Amt. | | Sched. Pay Amt. | | Activity Description | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $15,598 | | $15,598 | | 08/2001 | | | | | | | |
| | Date of Last Activity | Date Maj. Del. First Reported | | Charge Off Amt. | | Deferred Pay Start Date | | Balloon Pay Amt. | Balloon Pay Start Date | Creditor Clasification | | Date Acct. Closed |
| 01/2004 | 08/2001 | | | | | | | | | | | |

Current Status - Charge Off ;  Type of Account - Installment ;  Whose Account - Individual Account;

| Account History with Status Codes | 08/2002 | 07/2002 | 06/2002 | 05/2002 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 4 | 3 | 2 | | | | | | | |

Company Address    : PO Box 26030  Richmond VA 23260-6030    Phone: (800) 955-7070

```
CAPITAL ONE FSB              # 7812601777706746      REVOLVING ACCOUNT
                                                     CREDIT CARD
>PROFIT AND LOSS WRITEOFF<                            INDIVIDUAL ACCOUNT
    UPDATED   01/2004   BALANCE:        $15598
    OPENED    09/2000   MOST OWED:      $12843
    CLOSED    09/2002   >PAST DUE:      $15598<
    >STATUS AS OF 09/2002: CHARGED OFF AS BAD DEBT<
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| For delivery information visit our website at www.usps.com® |
|---|

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0005 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: DZONHO |
| Total Postage & Fees | $ 4.42 | 06/09/04 |

Sent To

Street, Apt. No.; or PO Box No. PO Box 9595

City, State, ZIP+4 ALLEN TX 75013

PS Form 3800, June 2002          See Reverse for Instructions

## REQUEST FOR INVESTIGATION

Name: DAWE, MICHAEL, JOSEPH

Address:  744 WHEELWRIGHT RD. BARRE, MA

Date of Birth:  10/26/1955

Social Security #: 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

Telephone:    (978) 3556742

Company Name as listed on report:

Capital One FSB

Account number:

#781260177770....

**REASON:**

1. This account is listed on my report, it should not be listed at all, this account **IS NOT MINE**.
2. In a lawsuit Capital One FSB file against Michael J Dawe in 1/03 Capital One FSB could not prove this account existed and in 6/03 by court order the case was dismissed. A copy of the dismissal order is enclosed.
3. Please investigate and remove this account from my file, as it does not exist.

Regards

USPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/o...



## Track & Confirm

**Current Status**

You entered 7004 0550 0000 8699 6537

*Your item was delivered at 12:51 pm on June 14, 2004 in ALLEN, TX 75013.*

*Shipment Details >*

**Track & Confirm**

*Enter label number:*

Track & Confirm FAQs   Go >

**Notification Options**

⊳ **Track & Confirm by email**   What is this?   Go >

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MCPC
PO BOX 9595
ALLEN, TX 75013

2. Article Number
*(Transfer from service label)*

7004 0550 0000 8699 6537

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                       □ Agent
                                        □ Addr

B. Received by (Printed Name)    C. Date of De

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered       □ Return Receipt for Merch
□ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

6/15/2004 10:07 AM

CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ATLANTA, GA 30374

| Postage | $ | 0.37 | UNIT ID: 0005 |
| Certified Fee | | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: DZONHO |
| Total Postage & Fees | $ | 4.42 | 06/09/04 |

Sent To
EQUIFAX INFORMATION SERVICES
Street, Apt. No.; or PO Box No.
PO BOX 740256
City, State, ZIP+4
ATLANTA, GA 30374

PS Form 3800, June 2002          See Reverse for Instructions

REQUEST  FOR  INVESTIGATION

Name: DAWE, MICHAEL, JOSEPH

Address:  744 WHEELWRIGHT RD. BARRE, MA

Date of Birth:  10/26/1955

Social Security #: 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

Telephone:    (978) 3556742


Company Name as listed on report:

        Capital One FSB

Account number:

        #781260177770....


**REASON:**

1. This account is listed on my report, it should not be listed at all, this account **IS NOT MINE.**
2. In a lawsuit Capital One FSB file against Michael J Dawe in 1/03 Capital One FSB could not prove this account existed and in 6/03 by court order the case was dismissed. A copy of the dismissal order is enclosed.
3. Please investigate and remove this account from my file, as it does not exist.


Regards

USPS - Track & Confirm

http://trkcnfrm1.smi.u...s.com/nctdata-cgi/db2www/cbd_243.d2w/o...


**UNITED STATES**
**POSTAL SERVICE**®

## Track & Confirm

### Current Status

You entered 7004 0550 0000 8699 6551

Your item was delivered at 12:53 pm on June 12, 2004 in ATLANTA, GA 30348.

*Shipment Details ›*

### Track & Confirm
*Enter label number:*

Track & Confirm FAQs     Go ›

### Notification Options

› Track & Confirm by email     What is this?     Go ›



6/14/2004 12:41 PM

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | 0.37 | UNIT ID: 0005 |
| Certified Fee | | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: DZONHO |
| Total Postage & Fees | $ | 4.42 | 06/09/04 |

Sent To TRANSUNION CONSUMER RELATIONS
Street, Apt. No. or PO Box No. PO BOX 2000
City, State, ZIP+4 CHESTER, PA 19022-2000

PS Form 3800, June 2002    See Reverse for Instructions

REQUEST FOR INVESTIGATION

Name: DAWE, MICHAEL, JOSEPH

Address: 744 WHEELWRIGHT RD. BARRE, MA

Date of Birth: 10/26/1955

Social Security #: 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

Telephone: (978) 3556742

Company Name as listed on report:

Capital One FSB

Account number:

#7812601777706746

## REASON:

1. This account is listed 2 times on my report, they should not be listed at all, these accounts **ARE NOT MINE**.
2. In a lawsuit Capital One FSB file against Michael J Dawe in 1/03 Capital One FSB could not prove this account existed and in 6/03 by court order the case was dismissed. A copy of the dismissal order is enclosed.
3. Please investigate and remove these accounts from my file, as they don't exist.

Regards

USPS - Track & Confirm

http://trkcnfrm1.smi.c..,s.com/netdata-cgi/db2www/cbd_243.d2w/o...



**UNITED STATES POSTAL SERVICE**

## Track & Confirm

**Current Status**

You entered 7004 0550 0000 8699 654-

Your item was delivered at 8:55 am on June 11, 2004 in CRUM
LYNNE, PA 19022.

*Shipment Details*

**Notification Options**

› **Track & Confirm by email**    What is this?

---

**Track & Confirm**

*Enter label number:*

Track & Confirm FAQs    Go

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

TRANS UNION CONSUMER RELATIONS
PO BOX 2000
CHESTER, PA
19022-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    □ Agent
TRANS UNION          □ Addr
CHESTER, PA, 19022

B. Received by ( Printed Name )    C. Date of De

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below.        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merch
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)
7004 0550 0000 8699 6544

JUN 1 1 2004

6/12/2004 8:03 AM

# EQUIFAX

**CREDIT FILE :** *June 26, 2004*
*Confirmation # 4168045754*

P. O. Box 105518
Atlanta, GA 30348

000029

000453726-29
Michael Dawe
744 Wheelwright Rd
Barre, MA 01005-8850

Dear Michael Dawe:

Equifax has now completed the reinvestigation you requested of certain information in your Equifax credit file. The results of our reinvestigation of these items are below.

## Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*(This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

## The Results Of Our Reinvestigation

Capital One Isb    PO Box 26030 Richmond VA 23260-6030 : (800) 955-7070

| Account Number | | Date Opened | High Credit | Credit Limit | | Terms Duration | Terms Frequency | | | | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 781260177770* | | 09/2000 | $12,843 | $0 | | | | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Paymnt Amount | Date of Last Activity | Date Maj. Del 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Start Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $16,223 | $16,223 | 08/2001 | $0 | $0 | 08/2001 | | $0 | | $0 | | |

Current Status - Charge Off ; Type of Account - Installment ; Type of Loan - Credit Card ; Whose Account - Individual Account;

| Account History with Status Codes | 08/2002 | 07/2002 | 06/2002 | 05/2002 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 3 | 2 | 1 | | | | | | | | |

>>> **We have researched the credit account. Account # - 781260177770*. The results are:** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: **Capital One, PO Box 26030, Richmond VA 23260-6030 Phone: (800) 955-7070**

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly.

You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Service Representative at (888) 588-0688 from 9:00am to 5:00pm M - F in your time zone.

Thank you for giving Equifax the opportunity to serve you.

( Continued On Next Page )

4168045754APP-0004453726- 29  - 7417 - AS

```
*** 127657120-003 ***                    YOUR TRANSUNION FILE NUMBER: 127657120
P.O. Box 2000                            PAGE 1 OF 9
Chester, PA 19022                        DATE THIS REPORT PRINTED: 06/26/2004

RETURN SERVICE REQUESTED                 SOCIAL SECURITY NUMBER: XXX-XX-6297
                                         BIRTH DATE:             10/1955
                                         YOU HAVE BEEN IN OUR FILES SINCE: 12/1985
                                         PHONE: 355-6742
```

CONSUMER REPORT FOR:

```
     *****
     DAWE, MICHAEL, JOSEPH
     744 WHEELWRIGHT RD
     BARRE, MA 01005
```

Ill........llll....ll....l.l.l.l.l.l.l.l.l.l.ll....l.l.l.l.l.l.l

FORMER ADDRESSES REPORTED:

  1 WHEELWRIGHT RD, BARRE, MA 01005

EMPLOYMENT DATA REPORTED:

  REEDRICO
  DATE REPORTED: 03/1998

---

### INVESTIGATION RESULTS

---

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CAPITAL ONE FSB | # 7812601777706746 | NEW INFORMATION BELOW |
| CAPITAL ONE FSB | # 7812601777706746 | NEW INFORMATION BELOW |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED
ABOVE. YOUR UPDATED CREDIT INFORMATION FOLLOWS.

---

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION.
YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS
FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT
BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS
WORD IS NOT DISPLAYED TO ANYONE BUT YOU.

### YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

REPORT ON DAWE, MICHAEL, JOSEPH
SOCIAL SECURITY NUMBER:

TRANSUNION FILE NUMBER:  127657120

```
CAPITAL ONE FSB  PH#: (800) 955-7070
11013 W BROAD ST, GLEN ALLEN, VA 23060-5937
ACCT# 7812601777706746                      REVOLVING ACCOUNT
>PROFIT AND LOSS WRITEOFF<                   CREDIT CARD
   UPDATED  06/2004   BALANCE:     $16223   INDIVIDUAL ACCOUNT
   OPENED   09/2000   MOST OWED:   $12843
   CLOSED   09/2002  >PAST DUE:    $16223<
   >STATUS AS OF 06/2004: CHARGED OFF AS BAD DEBT<
```

# experian.

## Correction Summary

| Prepared for | Report date |
|---|---|
| MICHAEL J DAWE | July 01, 2004 |
| Report number | |
| 0888013775 | |

**Page 1 of 12**

### About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

-- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;

-- add a statement disputing the accuracy or completeness of the information; and

-- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Colorado, Maryland, and New York).

If no information follows, our response appeared on the previous page.

### Items we investigated

*Items*

**Credit items**

| | Outcome |
|---|---|
| CAPITAL ONE FSB | *Remains* |
| 781260177770..... | |

**Experian**
NCAC
P.O. Box 9595
Allen TX 75013

### If you have questions

Locate your Report Number, then contact us within 90 days from the date on this report.

For efficient, self-directed **service, log on to www.experian.com/disputes.**
For assistance, call
**800 583 4080**
M - F 9am - 5pm in your time zone.

**To order a copy of your Experian Credit Score, call 1 888 322 5583.**

**Protect and manage your credit with Credit Manager, www.creditexpert.com**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

001 4327 2 MB 0.534 L 361
MICHAEL J DAWE
744 WHEELWRIGHT RD
BARRE MA 01005-9850

0002451449    L-361-14327-0106000

# experian

**Prepared for**
MICHAEL J DAWE
**Report number**
0888013775

**Report date**
July 01, 2004
www.experian.com/disputes
Call 800 583 4080

Page 2 of 12

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example -1-*, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Credit items

| Source/ Account number (except last few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Status Details |
|---|---|---|---|---|---|---|---|
| -1- CAPITAL ONE FSB PO BOX 26625 RICHMOND VA 23261 781260177770..... | 9-2000/ 9-2000 | 1-2003/ 6-2004 | Revolving/ 84 Months/ $0 | Individual | $15,381 / $16,223 | $16,223 as of 6-2004/ | Status: Account charged off/Past due 120 days. $13,894 written off. $16,223 past due as of 6-2004. Account history: Charge Off as of 6-2004, 5-2004, 3-2004, 10-2003 to 2-2004, 6-2003, 4-2003, 12-2002 90 days as of 7-2002 60 days as of 6-2002 30 days as of 5-2002 |

**Jason David Fregeau**
**Attorney at Law**
47 Lincoln Road
Longmeadow, MA 01106
Tel. 413-567-2461
Fax 413-567-2932
*Also admitted in Ohio*

August 26, 2004

<u>By Certified U.S. Mail</u>

Beverley L. Crump,
Registered Agent
Capital One Bank
11 South 12th Street
Richmond, VA   23219

Re: <u>Dawe v. Capital One Bank</u>

Dear Ms. Crump:

I represent Michael Dawe regarding an item that appears on his credit reports. All communications, written or verbal, regarding this matter are to come only to me. Defendant's acts and communications contain violations of the Fair Credit Reporting Act, 15 U.S.C. ss. 1681-1681u ("FCRA"), the Massachusetts Consumer Protection Act, M.G.L. ch. 93A ("Chapter 93A"), common law negligence, and common law defamation.

Defendant brought suit against Mr. Dawe on the alleged debt on December 17, 2002. This case was involuntarily dismissed on June 10, 2003 (attached). Pursuant to Massachusetts Rule of Civil Procedure 41(b)(3), this dismissal was with prejudice. Yet Defendant continues to allege that Mr. Dawe owes the debt. Letter from Defendant (April 23, 2004) (attached). Defendant even sent the account to Account Solutions Group for collections. <u>See</u> Letter from ASG (Nov. 10 ,2004); Letter from ASG (Nov. 19, 2004) (attached).

On January 26, 2004, Mr. Dawe obtained copies of his credit reports from Equifax and Trans Union (redacted copies attached).

Beverley L. Crump,
Registered Agent
Capital One Bank
August 26, 2004
page 2


These reports show Defendant's trade line for the alleged debt.
Mr. Dawe wrote to Equifax, Experian, and Trans Union on June 9,
2004, via certified mail, return receipt requested, disputing
the trade line (letters attached). Defendant confirmed its trade
line as reported by all three credit bureaus (redacted credit
histories attached).

Defendant has violated the FCRA and Chapter 93A as well as
common law negligence and common law defamation in failing to
timely eliminate the negative information from Mr. Dawe's credit
history. This letter is sent pursuant to Chapter 93A:9 in an
attempt to settle this matter prior to litigation.

Mr. Dawe demands that the entry be deleted and $50,000 to
cover actual damages, statutory damages, and equitable relief as
well as attorney fees, expenses, and costs to date. Defendant
has thirty days to respond, until September 20, 2004. If we do
not hear from Defendant by that date, then we will file suit in
federal district court in Worcester, Massachusetts, seeking
damages and injunctive relief.

Sincerely,

Jason David Fregeau, Esq.


cc: Michael Dawe



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Beverly Camp
Reg Ajent
Cop 9
14 South 12th St
Richmond VA 23219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)

7003 2260 0001 2107 4652

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540



Capital One Bank
15000 Capital One Drive
Richmond, VA 23238

September 21, 2004

Trisha Payne Campbell
Attn: 12072-0300
Direct Dial (804) 284-2796
Facsimile (804) 284-2757

## VIA FACSIMILE AND OVERNIGHT MAIL

Jason D. Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

Re:     *Michael Dawe v. Capital One Bank*
        Account No: 781260-1777706746

Dear Mr. Fregeau:

Please accept this letter as Capital One Bank's formal response to your letter requesting a demand for relief under 93A of the Massachusetts Consumer Protection Statute, which was dated August 26, 2004, and was received in our office on September 16, 2004. Please be assured that I have thoroughly read your letter and hope this response sufficiently addresses your complaint.

Michael Dawe applied for a personal loan ("Loan") with Capital One Bank ("Capital One") in September of 2000 for $15,381.00. He made monthly payments of $262.55 until April of 2002, and eventually charged-off as a profit-loss account in September of 2002 for non-payment. As of this date, the Account has not been settled and still has an outstanding balance of $16,641.04.

I have also reviewed the Judgment of Dismissal filed in the Trial Court of Massachusetts on June 10, 2003, and have confirmed with the court that the action was dismissed *without* prejudice, which allowed Capital One to continue collection efforts. Mr. Dawe requested that Capital One cease all collection efforts on April 20, 2004, and we discontinued all collection efforts on April 20, 2004.

Notwithstanding that there are clearly no damages nor any real harm done in this situation, in the spirit of compromise, and without prejudice to any party, Capital One is willing to accept Eight Thousand and No/100 Dollars ($8,000.00), payable to Capital One Bank, as payment in full for final settlement of his Loan.

Page 2

I hope this letter sufficiently addresses your concerns. I invite you to call me directly at (804) 284-2796 should you require further information or explanation regarding Capital One's position on this matter.

Sincerely,

*Trisha P. Campbell*

Trisha Payne Campbell
Litigation Specialist

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

*Michael Dave*

**DEFENDANTS**

*capital one Bank*

2004 FEB 27 P 12: 37

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *Worcester*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *Virginia*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jason David Fregeau Esq.
47 Lincoln Road
Longmeadow, MA 01106
413/567-2461

ATTORNEYS (IF KNOWN)

# 04-40192

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Violations of *The Fair Credit Reporting Act and state law*

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 9/24/04

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS **04 - 40192**

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

    _Dawe v Capital One Bank_ FILED OFFICE

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE
    CIVIL COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).  2004 SEP 27 P 12: 37

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.      U.S. DISTRICT COURT

    [X]  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,   DISTRICT OF MASS
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121
                                                                                 for patent, trademark or copyright cases

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES.  (SEE LOCAL RULE 40.1(E)).
    _____

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?                                                          YES ☐    NO [X]

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
    PUBLIC INTEREST?   (SEE 28 USC 2403)                            YES ☐    NO [X]
    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                    YES ☐    NO [X]

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO
    TITLE 28 USC 2284?                                              YES ☐    NO [X]

7.  DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS
    (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).                  YES ☐    NO [X]
    OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? -
    (SEE LOCAL RULE 40.1(D)).                                       YES ☐    NO [X]

8.  DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF
    THE DISTRICT?                                                   YES [X]    NO ☐
    (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?  _Central_

9.  IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?  _Central_

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL
    AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION;  YES ☐ NO ☐        OR WESTERN SECTION;  YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME_____ Jason David Fregeau Esq.

ADDRESS_____ 47 Lincoln Road

TELEPHONE NO._____ Longmeadow, MA 01106       _413/567-2461_

(Categfrm.rev - 3/97)