UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION (WORCESTER)

| | |
|---|---|
| **MICHAEL DAWE** | \| |
| Plaintiff, | \| |
| V. | \| CASE NO. 04-40192 FDS |
| | \| |
| **CAPITAL ONE BANK** | \| |
| Defendant. | \| |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of defendant Capital One Bank ("Capital One") in compliance with the provisions of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, which requires that a non-governmental corporate party file a statement identifying any parent corporation and any publicly held corporation that owns 10% or more of its stock. Capital One hereby declares that its parent corporation is Capital One Financial Corporation and no publicly held company other than Capital One Financial Corporation owns 10% or more of the stock of Capital One.

          **CAPITAL ONE BANK**

          By its attorney,

          __/s/ Bruce D. Berns_____
          Bruce D. Berns (BBO# 551010)
          Abendroth Berns & Warner LLC
          47 Church Street, Suite 301
          Wellesley, MA 02482
          (781) 237-9188
          E-mail: Lawyers@ABWLLC.com

Date: December 6, 2004