UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION (WORCESTER)

| | |
|---|---|
| MICHAEL DAWE<br>    Plaintiff,<br>V.<br><br>CAPITAL ONE BANK<br>    Defendant. | CASE NO. 04-40192 FDS |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendant Capital One Bank moves, with the assent of plaintiff Michael Dawe, to reschedule the Scheduling Conference presently scheduled at 11:45 a.m. on February 25, 2005, to **February 24, 2005**, at a time to be determined by the Court.  In support hereof, Capital One Bank states that its counsel was previously scheduled to attend a deposition in a state court proceeding in the matter of *Solimine v. Solimine*, Suffolk Superior Court Civil Action NO. 04-0567.

 Date:  January 31, 2005

| **CAPITAL ONE BANK** | Assented to: |
|---|---|
| By its attorney, | **MICHAEL DAWE** |
|  | By his attorney, |
| \_\_\_\_/s/ Bruce D. Berns_____ | \_\_\_\_/s/ Jason David Fregeau_____ |
| Bruce D. Berns (BBO# 551010) | Jason David Fregeau (BBO#565657) |
| Abendroth Berns & Warner LLC | 47 Lincoln Road |
| 47 Church Street, Suite 301 | Longmeadow, MA 01106 |
| Wellesley, MA 02482 | (413) 567-2461 |
| (781) 237-9188 | E-mail:  Jasonrissa@comcast.net |
| E-mail:  Lawyers@ABWLLC.com | |