UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION (WORCESTER)

| | |
|---|---|
| MICHAEL DAWE <br>       Plaintiff, <br> V. <br> <br> CAPITAL ONE BANK <br>       Defendant. | CASE NO. 04-40192 FDS |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendant Capital One Bank moves, with the assent of plaintiff Michael Dawe, to reschedule the Scheduling Conference presently scheduled at 11:45 a.m. on March 7, 2005, to **March 21, 2005, or any day during the week of March 21, 200**5, at a time to be determined by the Court. In support hereof, Capital One Bank states that its counsel is scheduled for jury duty in Wrentham District Court on March 7, 2005.

Date: February 9, 2005

**CAPITAL ONE BANK**                         Assented to:

By its attorney,                             **MICHAEL DAWE**

                                             By his attorney,


\_\_\_\_/s/ Bruce D. Berns_____          \_\_\_\_/s/ Jason David Fregeau_____
Bruce D. Berns (BBO# 551010)                 Jason David Fregeau (BBO#565657)
Abendroth Berns & Warner LLC                 47 Lincoln Road
47 Church Street, Suite 301                  Longmeadow, MA 01106
Wellesley, MA 02482                          (413) 567-2461
(781) 237-9188                               E-mail: Jasonrissa@comcast.net
E-mail: Lawyers@ABWLLC.com