### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION (WORCESTER)

| | | |
|---|---|---|
| **MICHAEL DAWE** | \| | |
| **Plaintiff,** | \| | |
| **V.** | \| | **CASE NO. 04-40192 FDS** |
| | \| | |
| **CAPITAL ONE BANK** | \| | |
| **Defendant.** | \| | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Capital One Bank                                    Counsel for Defendant


_____/s/ Nicholas G. Sladic_____           _____/s/ Bruce D. Berns_____
By: Nicholas G. Sladic                              Bruce D. Berns (BBO#551010)
     Assistant General Counsel                      Abendroth Berns & Warner LLC
                                                    47 Church Street, Suite 301
                                                    Wellesley, MA 02482
                                                    (781) 237-9188


Date: February 3, 2005