UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION (WORCESTER)

| | |
|---|---|
| MICHAEL DAWE <br>     Plaintiff, <br> V. <br><br> CAPITAL ONE BANK <br>     Defendant. | CASE NO. 04-40192 FDS |

**JOINT STATEMENT UNDER LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1 (D) and the Court's Notice of Scheduling Conference, the parties hereby submit the following joint statement.

1. **Discovery**

    a. Timing: the parties are in general agreement that discovery be sequenced as follows:

       i. Automatic Disclosure by April 25, 2005;

       ii. All fact discovery, including depositions, but not including expert witness discovery, to be completed on or before September 25, 2005;

       iii. Experts designated with disclosure of information in accordance with Fed. R. Civ. P. 26 (a) (2) by September 25, 2005.

       iv. Rebuttal experts designated by October 25, 2005

       v. Expert depositions completed by December 25, 2005.

       vi. Requests for Admissions to be served at anytime up to 45 days before trial and answered within 30 days of service.

    b. The parties believe that phased discovery is not necessary in this case.

2. **Motions**

    Motions for summary judgment, if any, are to be served and filed by January 25, 2006; opposition briefs by February 25, 2006.

3.  **Settlement**.

    Plaintiff made a demand for settlement in a letter to the Defendant dated August 26, 2004. In a letter dated September 21, 2004, Defendant offered to waive a substantial portion of Plaintiff's delinquent credit card debt. Plaintiff rejected this offer.

4.  **Trial by Magistrate Judge**.

    a.  Pursuant to Local Rule 16.1(B)(3), the parties have considered whether they will consent to trial by a Magistrate Judge.

    b.  There is not unanimous consent to trial by a Magistrate Judge.

5.  **Alternative Dispute Resolution**

    a.  The parties have considered the options for alternative dispute resolution programs set forth in Local Rule 16.4.

    b.  The parties do not at this time agree to any form of alternative dispute resolution.

6.  **Certification Under Local Rule 16.1(D)(3).**

    Certifications under Local Rule 16.1(D)(3) will be submitted prior to the conference.

| For the PLAINTIFF, | For the DEFENDANT, |
|---|---|
| _____/s/ Jason David Fregeau_____ | _____/s/ Bruce D. Berns_____ |
| Jason David Fregeau (BBO# 565657) | Bruce D. Berns (BBO#551010) |
| 47 Lincoln Road | Abendroth, Berns & Warner, LLC |
| Longmeadow, MA 01106 | 47 Church Street, Suite 301 |
| (413) 567-2461 | Wellesley, MA 02482 |
| | (781) 237 - 9188 |

2