**EXHIBIT A**

**10.9% ACCEPTANCE CERTIFICATE**

**Capital**One

- FIXED MONTHLY PAYMENT
- NO PREPAYMENT PENALTY
- NO APPLICATION FEE
- NO COLLATERAL REQUIRED

**Lending Services**
P.O. Box 85136
Richmond, VA 23285-5136

3949023401693    001    001

Michael J. Dawe
744 Wheelwright Rd
Barre, MA 01005-8850

Loan Amount:
**$15,381**

Please cross out and correct address if necessary.
To avoid delays, please print clearly in black or blue ink.

Please respond by:
**August 28, 2000**

The primary use of my loan will be for:
- [ ] 1) automobile financing
- [x] 2) debt consolidation
- [ ] 3) home improvement
- [ ] 4) vacation/entertainment
- [ ] 5) other

[x] Yes [ ] No   Do you have health insurance?
[x] Yes [ ] No   Do you own a car?
[x] Yes [ ] No   Do you have a checking account? If "Yes," please include account information.

Financial Institution: COUNTRY BANK
Account Number: 21107090 BO 8S    0005222 9983

## APPLICANT

Social Security #: 024 94-W89 7    Date of Birth: 10 34 55

Previous Address (if at present address less than 3 years)

| Home Phone | No. in Household | Time at Present Address | Housing | Monthly Payment |
|---|---|---|---|---|
| 978 355 6740 | 11 | 130 yrs __ mos | [x] Own [ ] Rent | $1,300 |

[ ] Retired [ ] Self-Employed   Occupation: MACHINIST   Employer: TUBE RICO   Length of Employment or Self-Employment: 30 yrs __ mos

Employer Street Address: INDUSTRIAL RD
City: HOLDEN    State: MA    Zip: 01065
Business Phone: 508 829 4401

Your Annual Salary $ 52,000
Other Annual Household Income $
Source of Other Income (from rental or other)

I may include child support income, if I want to have it considered.

## CO-APPLICANT (optional)

First Name    Middle Initial    Last Name    Social Security #

Employer    Length of Employment: __ yrs __ mos

## PLEASE SIGN HERE

I (We) have read the Federal Disclosure Statement and Loan Agreement enclosed and, if approved, agree to be bound as specified therein. You are authorized to check my (our) credit and employment history. This offer is nontransferable. $15,000 minimum annual household income required.

X _Michael J Dawe_    Date
Applicant Signature

X    Date
Co-Applicant Signature
To avoid delays, please provide all information requested. BOTH must sign if joint application.    3949-1

6531    Michael J. Dawe    3949023401693    001    001

# EXHIBIT B

# FEDERAL DISCLOSURE STATEMENT
## Capital One, F.S.B.

| 10.9% | **ANNUAL PERCENTAGE RATE:** the cost of your credit as a yearly rate. |
| $6,673.20 | **FINANCE CHARGE:** the dollar amount the credit will cost you. |
| $15,381.00 | **Amount Financed:** the amount of credit provided to you or on your behalf. |
| $22,054.20 | **Total of Payments:** the amount you will have paid after you have made all payments as scheduled. |

**Finance Charge.** The finance charge is calculated based on monthly payments being posted to your account on the due date shown on your periodic statement.

**Payment Schedule.** Your payment schedule will be monthly payments of $262.55 for 84 months beginning approximately 32 days after your loan is approved (see below).

**Itemization of Amount Financed.** The amount financed, $15,381.00, consists of the amount disbursed to you directly or on your behalf.

**Delinquency – Entire Balance Due – Demand Feature.** If you don't make a payment on time, your payment is delinquent. When that happens, you agree that without giving you any advance notice, and to the extent permitted by law, we can require you to pay the remaining balance of your loan at once. You agree to pay all collection costs that we may incur, including attorneys' fees equal to 15% of the amount outstanding.

**Late Charge.** If any part of a payment is more than seven (7) days late, you agree that we may charge you a late charge equal to 5% of the full monthly payment.

**Prepayment.** If you pay your loan off early, you will not pay a prepayment penalty.

You may refer to the Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and charges.

# LOAN AGREEMENT

**CREDITOR – PARTIES.** The words "you" and "your" mean each of the Borrowers who signs the enclosed Acceptance Certificate ("certificate"). The words "we", "us" and "our" refer to Capital One, F.S.B., the creditor in this transaction.

**PAYMENT AGREEMENT AND THE TERMS OF REPAYMENT.** To repay your loan, you jointly and severally agree to pay us the principal sum of $15,381 together with interest at a fixed annual rate of 10.9% (Your Interest Rate). You agree to pay the Total of Payments to us in 84 equal monthly payments of $262.55 each. The Date of Your Loan and Your First Payment Due Date depend on when your loan is approved. The Date of Your Loan will be approximately 7 days after your loan has been approved. Your First Payment Due Date will be approximately 25 days after the Date of Your Loan. Your remaining payments are due on the same day (or the last day) of each following month until your loan is paid in full. Refer to the offer expiration date on the certificate.

**INTEREST CALCULATION METHOD.** Interest is computed on the monthly Average Daily Balance of your loan. To compute your Average Daily Balance, we take the beginning balance of your loan each day, subtract any payments or credits applied to your loan and subtract any unpaid interest included in your balance. This gives us your daily balance. We then add up the balance for each day of the month covered by your monthly billing statement and divide that total by the number of days covered by your monthly statement. This gives us the Average Daily Balance. Then we multiply your Average Daily Balance by Your Interest Rate, divided by 12 months.

**RETURNED CHECK CHARGE.** If you pay with a check which is dishonored or returned, you agree to pay us on demand a charge of $25.

**FINAL PAYMENT, LATE CHARGE AND RETURNED CHECK CHARGE.** A loan which has unpaid principal, interest, late fees, returned check charges or any other fees or charges at the end of the term will not be regarded as "paid in full."

**STATE LAW.** Your loan and this Loan Agreement are governed by the federal law and laws of Virginia.

This offer is non-transferrable and is void to residents of U.S. dependent areas. $15,000 minimum household income required.

**Miscellaneous Information:** I am applying to Capital One, F.S.B., for this loan. Everything that I have stated on the certificate is correct to the best of my knowledge. I understand that I must be 18 years or older and a U.S. citizen or permanent resident alien to apply. I understand that approval is based upon satisfying Capital One, F.S.B.'s credit standards. I understand that Capital One, F.S.B., will retain my certificate whether or not it is approved. I understand that Capital One, F.S.B., maintains the right not to open my account if I have responded to a previous Capital One, F.S.B., installment loan offer within the last 90 days. Capital One, F.S.B., is authorized to check my credit and employment history and to answer questions about Capital One, F.S.B.'s credit experience with me. In this paragraph, the words "I", "me" and "my" refer to each person who signs the certificate. An applicant, if married, may apply for a separate account. Capital One is a federally registered service mark of Capital One Financial Corporation. All rights reserved.

Capital One supports information privacy protection: see our website at www.capitalone.com.

## FAIR CREDIT REPORTING ACT NOTICE:

You were selected for this offer based upon the information in your credit report which satisfies Capital One, F.S.B.'s criteria for creditworthiness. Grant of this offer, after you respond to it, is conditioned upon your satisfying the creditworthiness criteria used to select you for the offer and upon your satisfying any applicable criteria bearing on your creditworthiness, including your income, employment, and any other information provided on your certificate. You have the right to prohibit information contained in your credit report from being used in connection with any credit or insurance transaction that is not initiated by you. You may exercise this right by contacting the credit reporting agencies' notification systems at: Experian Target Marketing, P.O. Box 919, 701 Experian Parkway B2, Allen, TX 75013, 1-888-567-8688; Equifax Options, P.O. Box 740123, Atlanta, GA 30374-0123, 1-888-567-8688; Trans Union Corporation, Attn: Marketing Opt Out, P.O. Box 97328, Jackson, MS 39288-7328, 1-888-567-8688.

†Alimony, child support, separate maintenance income, co-applicant's annual income or other income need not be revealed if you do not choose to have it considered as a basis for repaying this loan.

3949-1

**EXHIBIT C**

First Union National Bank
Richmond, VA

00354942

Capital One
P.O. Box 85594
Richmond, VA 23285-5594

Void after 15 days

September 22, 2000

DATE

*******15381 DOLLARS AND .00 CENTS    DOLLARS    $ ++++++++++15,381.00

MICHAEL J DAWE

COUNTRY BANK
026466297

M J DAWE
744 WHEELWRIGHT RD
BARRE, MA 01005-8850

SEP 2 9 2000

01

AUTHORIZED SIGNATURE

⑈00354942⑈ ⑈256072701: 20799200 122 20⑈    ⑈0001538100⑈

REQUEST 20040920001738   15381.00
ROLL 000237   20001002  000000009358322
JOB - ACS F  ACCT 0072079920012220
REQUESTER DEBORAH RENTZ

JAX COMMERCIAL CUSTOMER SER. U
FL0117
    ›  99999

*Check used to open
the account*

SEP 22 2004 10:34

804 968 2066    PAGE.02

# EXHIBIT D

**Capital**One®

Keepyour

*FinancesFit*

- · Know your credit limit and the amount of credit available for your use.
- · Maintaining a good credit history...it affects more areas of your life than just your ability to get a credit card.
- · Use a budget to help you see what you can afford to buy now and to help you save for the future.
- · Understand that the cost of credit includes fees as well as interest.
- · Request a copy of your credit report from a credit reporting bureau regularly.

---

**Capital**One®

PERSONAL LOAN ACCOUNT
781260-1777706746

AUG 27 - SEP 26, 2000
Page 1 of 1

**Loan Payment Information**

| TOTAL NEW BALANCE | $15381.00 |
|---|---|
| AMOUNT DUE | $262.55 |
| PAYMENT DUE DATE | October 21, 2000 |

*At your service*
To call Customer Relations: 1-800-955-2115

Send payment to:
Capital One Services
P.O. Box 85184
Richmond, VA 23285-5184

Send inquiries to:
Capital One Services
P.O. Box 85045
Richmond, VA 23285-5015

**Payments and Adjustments**

**Other Charges**

| 1 | 22 SEP | INSTALLMENT LOAN | $15,381.00 |
|---|---|---|---|

Thank you for opening a Capital One® installment loan. We would like to take a moment to remind you of our direct draft service, which makes paying your loan more convenient because monthly payments are automatically deducted from your personal bank account. If you have established direct draft service, you will not need to send your payments via mail, and you will not receive monthly billing statements. If you have not already established direct draft service and are interested in enrolling, please contact us at 1-800-955-2115.

---

151A

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT. ▼

**Capital**One®

0000000 7 7812601777706746 00 0000000000000262557

| Total New Balance | $15381.00 |
|---|---|
| Minimum Amount Due | $262.55 |
| Payment Due Date | October 21, 2000 |
| Total enclosed | $ |

Please print address changes below using blue or black ink.

| Street | | Apt. # |
|---|---|---|
| City | State | ZIP |
| Home Phone | Alternate Phone | |

Capital One, F.S.B.
P.O. Box 85184
Richmond, VA 23285-5184



000151

MICHAEL J DANE
744 WHEELWRIGHT RD
BARRE MA 01005-8850

Please write your account number on your check or money order made payable to Capital One, F.S.B. and mail in the enclosed envelope.

**IMPORTANTINFORMATION**

| | |
|---|---|
| **NewLoanandOtherCharges** | Any amount borrowed and any late or retumed check charges billed to your loan account during the time period covered by this billing statement. |
| **Credits** | The total amount of any credits deducted from your loan account balance during the time period covered by this billing statement. |
| **Payments** | The total of any payments applied to your loan account balance during the time period covered by this billing statement. |

**If you have a question about your Account, write to Capital One, Customer Relations, P.O. Box 85015, Richmond, VA 23285-5015 or call the toll-free phone number on the front of this statement.**

26P01C1800

YNNNNNNNNNN

151A

ImportantNotice:Foryour paymentto be creditedon the sameday we receiveit, the bottom portionof this statementand your check must be receivedby us on a businessday by 9:00 a.m. at our processingcenter. Pleaseuse the enclosedremittanceenvelopewhen mailing paymentand allow five (5) days for postaldelivery.Paymentsreceivedby us at anotherlocationor in any other form may not be creditedthe sameday we receivethem. Our businessdaysare Monday through Friday, excludingholidays.

**EXHIBIT E**

**MICHAEL J. DAWE**
744 WHEELRIGHT RD.
BARRE, MA  01005

53-7336/2118
8500005222

469

DATE Oct 10 2000

PAY TO THE
ORDER OF ___Capital One_____ | $ 262.55

Two Hundred Six Two Dollars and 55/100 DOLLARS

**Country Bank**
for Savings    Ware, Massachusetts

MEMO 28.246-17772.060.46

Michael J Dawe

⑈211870980⑈ 85  0005222⑈ 0469  ⑆00000 26255⑆

MICHAEL J DAWE,

510000-01

## Looking for a way to simplify your loan payments?

Give us a call and sign up for direct draft service—it's the easy way to make sure you always pay your loan on time!

With direct draft service, repaying your loan is more convenient because your monthly payment is automatically deducted from your personal checking account. That way you won't have to worry about late fees*... and you'll save yourself the hassle of writing and mailing a check each month. Plus, direct draft service is absolutely free!

### To receive a direct draft sign-up form, simply call 1-800-955-2115.

Remember, using direct draft service protects your excellent payment history and makes paying your loan more convenient. Give us a call today!

\* If funds are unavailable at the time we attempt to debit your checking account, you will be responsible for forwarding a payment to us.
If your payment is not received by the due date, a past-due fee will be charged to your account as explained in your Federal Disclosure Statement.    Re: 781260-1777706746—

---

## Capital One®

PERSONAL LOAN ACCOUNT
781260-1777706746

OCT 27 - NOV 26, 2000
Page 1 of 1

**Loan Payment Information**

| | |
|---|---|
| TOTAL NEW BALANCE | $15,131.43 |
| AMOUNT DUE | $262.55 |
| PAYMENT DUE DATE | December 21, 2000 |

*At your service*
To call Customer Relations: 1-800-955-2115

Send payments to:
Attn: Remittance Processing
Capital One Services
P.O. Box 85184
Richmond, VA 23285-5184

Send inquiries to:
Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

**Payments and Adjustments**

| | | |
|---|---|---|
| 1  16 NOV | PAYMENT RECEIVED  - THANK YOU | $262.55- |

---

365A

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT.    ▼

## Capital One®

0000000  7  7812601777706746    00  0000000262550262554

| | |
|---|---|
| Total New Balance | $15,131.43 |
| Minimum Amount Due | $262.55 |
| Payment Due Date | December 21, 2000 |
| Total enclosed | $ |

*Please print address changes below using blue or black ink.*

| Street | | Apt. # |
|---|---|---|
| City | State | ZIP |
| Home Phone | Alternate Phone | |

Capital One, F.S.B.
P.O. Box 85184
Richmond, VA 23285-5184

020365

MICHAEL  J  DAWE
744  WHEELWRIGHT  RD
BARRE  MA  01005-0850

*Please write your account number on your check or money order made payable to Capital One, F.S.B. and mail in the enclosed envelope.*

### IMPORTANT INFORMATION

**New Loan and Other Charges**    Any amount borrowed and any late or returned check charges billed to your loan account during the time period covered by this billing statement.

**Credits**    The total amount of any credits deducted from your loan account balance during the time period covered by this billing statement.

**Payments**    The total of any payments applied to your loan account balance during the time period covered by this billing statement.

If you have a question about your Account, write to Capital One, Customer Relations, P.O. Box 85015, Richmond, VA 23285-5015 or call the toll-free phone number on the front of this statement.

Important Notice: For your payment to be credited on the same day we receive it, the bottom portion of this statement and your check must be received by us on a business day by 9:00 a.m. at our processing center. Please use the enclosed remittance envelope when mailing payment and allow five (5) days for postal delivery. Payments received by us at another location or in any other form may not be credited the same day we receive them. Our business days are Monday through Friday, excluding holidays.

**MICHAEL J. DAWE**
744 WHEELRIGHT RD.
BARRE, MA 01005

53-7098/2118
850005222

484

DATE 12/12/00

PAY TO THE
ORDER OF Capital One                    $262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**Country Bank** for Savings    Ware, Massachusetts

MEMO 28126017777 06746

Michael J Dawe

⑆211870980⑆ 85   0005222⑈ 0484   ⑆000026255⑈

Case 4:04-cv-40102-FDS    Document 37-2    Filed 10/25/2006    Page 15 of 30

**MICHAEL J. DAWE**
744 WHEELRIGHT RD.
BARRE, MA  01005

53-7098/2118
850005222

490

DATE Jan 12 2001

PAY TO THE
ORDER OF  Capital One                                    $ 262.55

Two Hundred Sixty Two Dollars and 55/100  DOLLARS

**Country Bank**
for Savings   Ware, Massachusetts

MEMO 781260-1777706746              Michael J. Dawe   MP

⑈211870980⑈ 85  0005222⑈ 0490  ⑈⑈0000026255⑈

**MICHAEL J. DAWE**
744 WHEELRIGHT RD
BARRE, MA  01005

53-7003/2113
53000022

496

DATE Feb 14 2001

PAY TO THE
ORDER OF  Capital One                                    | $ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**Country
Bank**
for Savings
Ware, Massachusetts

Michael J Dawe

⑆211870980⑆ 85   0005222⑈ 0496   ⑈00000026255⑈

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

503

3/11/01 ____ DATE

53-7098/2118
2

PAY TO THE
ORDER OF  Capital One _____ | $ 262.55

Two Hundred Sixty-Two Dollars and 55/100 DOLLARS

**County Bank**
for Savings  Ware, Massachusetts

FOR 8126177706746          Michael Dawe

⑆211870980⑆ 85    0005222⑈    0503    ⑆000002625⑆

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA 01005

511

53-7098/2118
2

4/9/01 ____ DATE

PAY TO THE
ORDER OF  Capital One _____ $ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**Country Bank** for Savings   Ware, Massachusetts

FOR 8/26/01 777 06746 _____    Michael J Dawe

⑆211870980⑆ 85  0005222⑈  0511 ⑈000000026255⑈

MICHAEL J. DAWE
744 WHEELWRIGHT RD.
BARRE, MA 01005

517

53-7098/2118
2

May 15 2001 DATE

PAY TO THE
ORDER OF Capital One

$ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

Security
features
details on
back

County
Bank Ware, Massachusetts
for Savings

FOR 78126017771-06746

Michael J Dawe

⑆211870980⑆ 85- 0005222⑈ 0517 ⑆000002 6255⑆

C MAPE AND

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

527

53-7098/2118
2

June 16 2000 DATE

PAY TO THE
ORDER OF  Capital One

$ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**County Bank** Ware, Massachusetts
for Savings

FOR 78126017770746

Michael J Dawe

⑈211870980⑈ 85   0005222⑈   0527 ⑈00900026255⑈

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

534

53-7098/2118
2

July 14 2001

PAY TO THE
ORDER OF  Capital One                                $ 262.55

Two Hundred Sixty Two Dollars and 55/100                DOLLARS

**County Bank** for Savings   Ware, Massachusetts

FOR 8126017777067446                    Michael J Dawe

⑈:211870980⑈: 85   0005222⑈   0534  ⑈000002 6255⑈

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

542

53-7098/2118
2

Aug 15 2001 DATE

PAY TO THE
ORDER OF  Capital One                     $ 262.55

Two Hundred Sixty Two Dollars and 55/100  DOLLARS

Security
Features
Details on
Back

**County Bank** for Savings   Ware, Massachusetts

FOR 7886077706746        Michael J Dawe

⑈2118709800⑈ 85    0005222⑈    0542 ⑈00000 26255⑈

© HARLAND

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA 01005

549

53-7098/2118
2

Sept 13 2008 DATE

PAY TO THE
ORDER OF  Capital One                                    $ 262 55

Two Hundred Sixty Two Dollars and 55/100  DOLLARS

**County Bank**
for Savings
Ware, Massachusetts

FOR 7812601777767416          Michael J Dawe

⑆211870980⑆ 85   0005222⑈   0549 ⑈000026255⑈

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA 01005

560

53-7098/2118
2

Oct 15 2001 DATE

PAY TO THE
ORDER OF   Capital One                               $ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**Country Bank** for Savings   Ware, Massachusetts

FOR 781260177770674b                     Michael J. Dawe

⑈211870980⑈ 85   0005222⑈   0560 ⑈000002 6255⑈

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA 01005

568

53-7096/2118
2

Nov 12 2007 DATE

PAY TO THE
ORDER OF  Capital One                                    $ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**Country Bank** for Savings    Ware, Massachusetts

FOR 781260 17777 016746        Michael J. Dawe

⑈211870980⑈ 85 0005222⑈ 0568 ⑈000002625 5⑈

© HARLAND

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

574

53-7096/2118
2

12/10/01 DATE

PAY TO THE
ORDER OF  Capital One                          $ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

County Bank
for Savings  Ware, Massachusetts

FOR 2812160177770646        Michael J Dawe

⑈211870980⑈ 85  0005222⑈  0574 ⑈00000 26255⑈

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

585

53-7098/2118
2

Jan 14 2002 DATE

PAY TO THE
ORDER OF   Capital One                              $ 262 55

Two Hundred Sixty Six Dollars and 55/100⁻⁻⁻   DOLLARS

**County**
**Bank**   Ware, Massachusetts
for Savings

FOR ⁻812660-17772-06746        Michael J Dawe

⑆211870980⑆ 85   0005222⑈   0585   ⑆000002 6255⑆

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

594

53-7096/2118
2

_Feb 16 2002_ DATE

PAY TO THE
ORDER OF     _Capital One_     $ 262.55

_Two Hundred Sixty Two Dollars and 55/100_ DOLLARS

Security
Features
Details on
Back.

**County Bank**
for Savings     Ware, Massachusetts

FOR _781260 1777 06746_     _Michael J Dawe_     MP

⑆211870980⑆ 85  0005222⑈  0594  ⑆00000 26255⑆

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

604

53-7096/2116
2

DATE 3/14/02

PAY TO THE
ORDER OF  Capital One                    $ 262.55

Two Hundred Sixty Two Dollars and 55/100 DOLLARS

**Comfy Bank** for Savings   Ware, Massachusetts

FOR 7812401777706746          Michael J Dawe

⑆211870980⑆ 85   0005222⑈  0604  ⑆000002 6255⑈

O HURLAND

**MICHAEL J. DAWE**
744 WHEELWRIGHT RD.
BARRE, MA  01005

615

53-7098/2118
2

April 23 2002 DATE

PAY TO THE
ORDER OF    Capital One    $ 10.50

Ten Dollars and 00/100    DOLLARS

**County Bank**
for Savings    Ware, Massachusetts

FOR  781260-1777706746    Michael J Dawe

⑈211870980⑈ 85    0005222⑈    0615    ⑈000000100 0⑈