```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
              CENTRAL DIVISION AT WORCESTER
```

MICHAEL DAWE,                    :        No. 04-40192-FDS
    Plaintiff              :
                           :
  v.                       :
                           :
CAPITAL ONE BANK,                :
    Defendants             :

_____

Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Second Motion for Summary Judgment

_____

Plaintiff Michael Dawe respectfully requests an extension of ten days to file his response to Defendant's motion for summary judgment, from November 8, 2006, to November 17, 2006. The grant of this extension would help alleviate the overcrowding in Plaintiff's counsel's schedule, would not harm Defendant, and is in fact unopposed by Defendant. This would be the first request for an extension of time regarding this pleading.

                      Respectfully submitted,

                      /s/ Jason David Fregeau

                      Jason David Fregeau,
                      Trial Attorney (565657)
                      47 Lincoln Road
                      Longmeadow, MA 01106
                      413/567-2461
                      413/567-2932 fax

                      Attorney for Plaintiff

<u>Certificate of Service</u>

    I certify that a copy of the foregoing Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant's Second Motion for Summary Judgment has been served by electronic means upon Defendant's counsel at 47 Church St., Ste 301, Wellesly, MA 02482-6326, this 11th day of November, 2006.

                                                            /s/ Jason David Fregeau

                                                            _____

                                                            Jason David Fregeau, Esq.