Michael J Dawe
744 Wheelwright Rd.
Barre, Ma. 01005

TransUnion Consumer Relations
P.O. Box 2000
Chester, Pa. 19022-2000

June 4, 2004

File# 124390261

## REQUEST FOR INVESTIGATION

Name: DAWE, MICHAEL, JOSEPH

Address: 744 WHEELWRIGHT RD. BARRE, MA

Date of Birth: 10/26/1955

Social Security #:

Telephone: (978) 3556742

Company Name as listed on report:

    Capital One FSB

Account number:

    #7812601777706746

**REASON:**

1. This account is listed 2 times on my report, they should not be listed at all, these accounts **ARE NOT MINE**.
2. In a lawsuit Capital One FSB file against Michael J Dawe in 1/03 Capital One FSB could not prove this account existed and in 6/03 by court order the case was dismissed. A copy of the dismissal order is enclosed.
3. Please investigate and remove these accounts from my file, as they don't exist.

Regards

Michael J Dawe
744 Wheelwright Rd.
Barre, Ma. 01005

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA. 30374

June 4, 2004

File# 4026032769

**REQUEST  FOR  INVESTIGATION**

Name: DAWE, MICHAEL, JOSEPH

Address:  744 WHEELWRIGHT RD. BARRE, MA

Date of Birth:  10/26/1955

Social Security #:

Telephone:   (978) 3556742


Company Name as listed on report:

    Capital One FSB

Account number:

    #781260177770....


**REASON:**

1. This account is listed on my report, it should not be listed at all, this account **IS NOT MINE**.
2. In a lawsuit Capital One FSB file against Michael J Dawe in 1/03 Capital One FSB could not prove this account existed and in 6/03 by court order the case was dismissed. A copy of the dismissal order is enclosed.
3. Please investigate and remove this account from my file, as it does not exist.


Regards

Michael J Dawe
744 Wheelwright Rd.
Barre, Ma. 01005

NCAC
P.O. Box 9595
Allen, TX. 75013

June 4, 2004

File# 2497649299

## REQUEST FOR INVESTIGATION

Name: DAWE, MICHAEL, JOSEPH

Address: 744 WHEELWRIGHT RD. BARRE, MA

Date of Birth: 10/26/1955

Social Security #:

Telephone: (978) 3556742

Company Name as listed on report:

    Capital One FSB

Account number:

    #781260177770....

**REASON:**

1. This account is listed on my report, it should not be listed at all, this account **IS NOT MINE**.
2. In a lawsuit Capital One FSB file against Michael J Dawe in 1/03 Capital One FSB could not prove this account existed and in 6/03 by court order the case was dismissed. A copy of the dismissal order is enclosed.
3. Please investigate and remove this account from my file, as it does not exist.

Regards