**EQUIFAX**

P. O. Box 105518
Atlanta, GA 30348

**CREDIT FILE : June 26, 2004**
**Confirmation # 4168045754**

000453726-29
Michael Dawe
744 Wheelwright Rd
Barre, MA 01005-8850

Dear Michael Dawe:

Equifax has now completed the reinvestigation you requested of certain information in your Equifax credit file. The results of our reinvestigation of these items are below.

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Forclosure | |

**The Results Of Our Reinvestigation**

**Capital One,fsb**  PO Box 26030, Richmond VA 23260-6030 : (800) 955-7070

| Account Number | Date Opened | High Credit | Credit Limit | Scheduled Paymnt Amount | Terms Duration | Terms Frequency | Date Maj. Del. 1st Rptd | Charge Off Amount | Balloon Pay Amount | Balloon Pay Start Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7812601777770* | 09/2000 | $12,843 | $0 | $0 | | | 08/2001 | $0 | $0 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Date of Last Activity | Activity Description | Mnths Revd | Creditor Clasification |
|---|---|---|---|---|---|---|---|---|
| 06/2004 | $16,223 | $16,223 | 08/2001 | $0 | 08/2001 | | | |

Current Status - Charge Off ; Type of Account - Installment ; Type of Loan - Credit Card ; Whose Account - Individual Account;

| Account History with Status Codes | 08/2002 | 07/2002 | 06/2002 | 05/2002 |
|---|---|---|---|---|
| | 4 | 3 | 2 | 1 |

**>>> We have researched the credit account. Account # - 7812601777770*  The results are:** Equifax verified that this item belongs to you. If you have additional questions about this item please contact: **Capital One, PO Box 26030, Richmond VA 23260-6030 Phone: (800) 955-7070**

If you have any additional questions regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com or by calling directly.

You may contact Equifax regarding the information provided to Equifax by the source of any information, please contact the source of that information a Customer Service Representative at (888) 588-0688 from 9:00am to 5:00pm M - F in your time zone.

Thank you for giving Equifax the opportunity to serve you.

Page 1 of 2

( Continued On Next Page )

4168045754APP-000453726- 29  - 7417  - AS