```
*** 127657120-003 ***                    YOUR TRANSUNION FILE NUMBER:  127657120
P.O. Box 2000                            PAGE  1 OF  9
Chester, PA 19022                        DATE THIS REPORT PRINTED: 06/26/2004

RETURN SERVICE REQUESTED                 SOCIAL SECURITY NUMBER: XXX-XX-6297
                                         BIRTH DATE:              10/1955
                                         YOU HAVE BEEN IN OUR FILES SINCE: 12/1985
                                         PHONE: 355-6742
```

CONSUMER REPORT FOR:

    *****
    DAWE, MICHAEL, JOSEPH
    744 WHEELWRIGHT RD
    BARRE, MA 01005

FORMER ADDRESSES REPORTED:

  1 WHEELWRIGHT RD, BARRE, MA 01005

EMPLOYMENT DATA REPORTED:

  REEDRICO
  DATE REPORTED: 03/1998

---

INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| CAPITAL ONE FSB | # 7812601777706746 | NEW INFORMATION BELOW |
| CAPITAL ONE FSB | # 7812601777706746 | NEW INFORMATION BELOW |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED ABOVE. YOUR UPDATED CREDIT INFORMATION FOLLOWS.

---

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION. YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS WORD IS NOT DISPLAYED TO ANYONE BUT YOU.

YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR FOR YOUR PROTECTION).

                                                                            06270400000184 1/12   DT

```
REPORT ON DAWE, MICHAEL, JOSEPH                                    PAGE  2 OF  9
SOCIAL SECURITY NUMBER:                 TRANSUNION FILE NUMBER:  127657120




   CAPITAL ONE FSB   PH#: (800) 955-7070
   11013 W BROAD ST, GLEN ALLEN, VA 23060-5937
   ACCT# 7812601777706746                    REVOLVING ACCOUNT
  >PROFIT AND LOSS WRITEOFF<                 CREDIT CARD
       UPDATED  06/2004   BALANCE:    $16223  INDIVIDUAL ACCOUNT
       OPENED   09/2000   MOST OWED:  $12843
       CLOSED   09/2002  >PAST DUE:   $16223<
      >STATUS AS OF 06/2004: CHARGED OFF AS BAD DEBT<
```