UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| MICHAEL DAWE,<br>　　　Plaintiff | \|<br>\|<br>\| |
| v. | \| C.A. No. 04-40192 |
| CAPITAL ONE BANK,<br>　　　Defendant. | \|<br>\|<br>\| |

### DEFENDANT'S MOTION FOR LEAVE TO FILE
### BRIEF REPLY TO PLAINTIFF'S MEMORANDUM IN
### RESPONSE TO ORDER TO SHOW CAUSE

Defendant Capital One Bank ("Capital One") moves for leave to file, on or before May 4, 2007, a brief reply to plaintiff's memorandum in response to the Court's order to show cause as to why the plaintiff's federal law claim, to the extent it is brought pursuant to 15 U.S.C. § 1681s-2(a), and the plaintiff's state law claims should not be dismissed for failure to state a claim upon which relief can be granted. Capital One believes that a brief reply will assist the Court in determining whether the foregoing claims should be dismissed for the reasons stated in the Court's Memorandum and Order dated April 13, 2007.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**CAPITAL ONE BANK**

　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　_____/s/ Bruce D. Berns_____
　　　　　　　　　　　　　　　　　Bruce D. Berns (BBO# 551010)
　　　　　　　　　　　　　　　　　Abendroth, Berns & Warner LLC
　　　　　　　　　　　　　　　　　47 Church Street, Suite 301
　　　　　　　　　　　　　　　　　Wellesley, MA 02482
Date: April 26, 2007　　　　　　　　(781) 237-9188

## Certificate of Service

I certify that the above document was filed electronically on April 26, 2007, which transmission constitutes, pursuant to LR. D. Mass., 5.4(c), service of the foregoing document upon registered ECF users, including counsel for the plaintiff.

/s/ Bruce D. Berns
Bruce D. Berns (BBO# 551010)