**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(CENTRAL DIVISION)**

| | | |
|---|---|---|
| **MICHAEL DAWE,** | \| | |
| **Plaintiff** | \| | |
| | \| | |
| **v.** | \| | **C.A. No. 04-40192** |
| | \| | |
| **CAPITAL ONE BANK,** | \| | |
| **Defendant.** | \| | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the plaintiff Michael Dawe ("Dawe) and defendant Capital One Bank

("Capital One") and stipulate pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii) that all of

the claims that were or could have been asserted by Dawe against Capital One in the above-

entitled action be and are hereby dismissed <u>with</u> prejudice, without costs and all rights of appeal

waived.

| | |
|---|---|
| **MICHAEL DAWE** | **CAPITAL ONE BANK** |
| | |
| By his attorney, | By its attorney, |
| | |
| ___/s/ Jason David Fregeau___ | ___/s/ Bruce D. Berns___ |
| Jason David Fregeau (BBO# 565657) | Bruce D. Berns (BBO# 551010) |
| 47 Lincoln Road | Abendroth, Berns & Warner, LLC |
| Longmeadow, MA 01106 | 47 Church Street, Suite 301 |
| (413) 567-2461 | Wellesley, MA 02482 |
| | (781) 237 - 9188 |
| Date: February 5, 2008 | |